


P41697/MAC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

08 CRIM 310

TO: Jim Molinelli, Miscellaneous Clerk

FROM: Margaret A. Carroll, United States Probation Officer

RE: Jason Freddie Martinez

DATE: April 2, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On December 22, 2003 the above-named individual was sentenced in the Eastern District of Virginia outlined in the attached J & C.

In March 25, 2008, we received the Prob. 22's endorsed by the Honorable Richard L. Williams, U.S. District Court Judge, ordering Mr. Martinez's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Margaret A. Carroll*
Margaret A. Carroll
U.S. Probation Officer